**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 11-1190**

_____

LAUNEIL SANDERS,

                    Plaintiff - Appellant,

         v.

ADMINISTRATOR LISA JACKSON, US EPA Administrator; SCDHEC, South
Carolina Department of Health and Environmental Control; ABITIBI
BOWATER CORPORATION; INTERNATIONAL PAPER COMPANY,

                    Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Greenville.   R. Bryan Harwell, District
Judge. (6:11-cv-00231-RBH)

_____

Submitted:  June 30, 2011              Decided:  July 5, 2011

_____

Before WILKINSON, DUNCAN, and WYNN, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Launeil Sanders, Appellant Pro Se.   Tamara N. Rountree, UNITED
STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Launeil Sanders appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915A(b) (2006). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. Sanders v. Jackson, No. 6:11-cv-00231-RBH (D.S.C. Feb. 22, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED